**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
**IN RE:**                                                                    Chapter 13

**Stephen H. Johnson,**                                         Case No.: 15-70756-las

                                                      **Debtor(s)**      **AMENDED CHAPTER 13 PLAN**
-------------------------------------------------------------------------X

    1. The future earnings of the debtor(s) are submitted to the supervision and control of the Trustee and the debtor(s) shall pay to the trustee for a total of **60** months, the sum of:

        **$1,000.00** commencing **March, 2015** through and including **February, 2020** for a period of **60 months;**

    2. From the payments so received, the trustee shall make disbursements as follows:

      (a)  Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

        **Administrative Claim Richard L. Stern, PC    $ 2,500.00**
        **Internal Revenue Service - $6,358.27**
        **New York State Dept. of Taxation & Finance - $10,453.97**

      (b)  Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

        **Real estate tax liens in the sum of $34,274.40 to be paid in full with 10 percent interest.**

      **ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO MORTGAGE PAYMENTS VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S)**

      (c)  Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **100% distribution**. To all timely filed claims.

    **3.** All lease agreements are hereby assumed, unless specifically rejected as follows: **None**

Title to the debtor(s) property shall revest in the debtor(s) upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 trustee or the Court.

**/s/ *Stephen H. Johnson***
Stephen H. Johnson                                                          Joint Debtor: Joint Debtor


Dated: <u>April 14, 2015</u>                                          */s/ Peter Corey*
                                                                         Attorney for Debtor(s): Richard L. Stern, P.C.